UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAOMI GUYNN-NEUPANE,<br><br>        Plaintiff,<br><br>   v.<br><br>MAGNA LEGAL SERVICES. LLC, et al.,<br><br>        Defendants. | Case No. 19-cv-02652-VKD<br><br>**JUDGMENT** |

On September 30, 2021, the Court granted defendants' motions for summary judgment. Dkt. No. 76. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby enters judgment in favor of defendants and against plaintiff. The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

Dated: September 30, 2021

VIRGINIA K. DEMARCHI
United States Magistrate Judge